[This opinion has been published in *Ohio Official Reports* at 79 Ohio St.3d 1215.]

SCOTT ET AL., APPELLANTS, *V*. SPEARMAN, APPELLEE.

[Cite as *Scott v. Spearman*, 1997-Ohio-148.]

*Appeal dismissed as improvidently allowed.*

(No. 96-963—Submitted June 11, 1997—Decided July 30, 1997.)

APPEAL from the Court of Appeals for Licking County, No. 95 CA 55.

————————————

*Bricker & Eckler, Drew H. Campbell* and *Michael D. Smith*, for appellants.

*William C. Hayes* and *W. Scott Hayes*, for appellee.

————————————

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————